ORDER:
Motion granted - without opposition.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEORGE R. FYKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  3:10-CV-0244 |
| | ) | |
| | ) | JUDGE TRAUGER |
| CORRECT CARE SOLUTIONS | ) | |
| HEALTHCARE, MONTGOMERY COUNTY | ) | JURY DEMAND |
| SHERIFF'S DEPARTMENT, DR. PIKE, | ) | |
| and MELINDA STEPHENS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO MODIFY SCHEDULING ORDER

Comes now the Defendant, MONTGOMERY COUNTY, TENNESSEE, by and through counsel and files this Motion to Modify Scheduling Order and in support of its Motion would show unto the Court the following:

1. The Plaintiff filed his Complaint (D.E. 1) on March 11, 2010.

2. Defendants answered and the Court put down a Scheduling Order (D.E. 19) on April 30, 2010.

3. Pursuant to the Scheduling Order Defendants scheduled and attempted to take the Plaintiff's deposition on October 8, 2010.  At such time the Plaintiff advised counsel for Defendants that he was dismissing his Complaint.  Plaintiff did not sign the Stipulation of Dismissal.  Defendants filed Motions for Sanctions and Dismissal (Defendant Montgomery