ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| GEORGE R. FYKE, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>CORRECT CARE SOLUTIONS )<br>HEALTHCARE, MONTGOMERY )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>DR. CARLO PIKE, and MELINDA )<br>STEPHENS, R.N., )<br>)<br>    Defendants. ) | No. 3:10-cv-00244<br>Judge Aleta A. Trauger<br>Magistrate Judge E. Clifton Knowles<br>JURY DEMAND |

## DEFENDANTS CORRECT CARE SOLUTIONS, LLC; DR. CARLO PIKE; AND MELINDA STEPHENS, R.N.'S MOTION TO MODIFY SCHEDULING ORDER

Defendants, Correct Care Solutions, LLC (incorrectly named Correct Care Solutions Healthcare in the Complaint), Dr. Carlo Pike, and Melinda Stephens, R.N. (collectively referred to as "Defendants"), by and through counsel, file this motion to modify the existing Scheduling Order in this matter to extend the deadline for the taking of the Plaintiff's deposition and for the filing of dispositive motions. Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Defendants join Co-Defendant Montgomery County, Tennessee, in its Motion to Modify Scheduling Order and adopt by reference the arguments set forth in the same (Doc. Entry 43).