IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEORGE R. FYKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0244 |
| | ) | Judge Trauger |
| CORRECT CARE SOLUTIONS | ) | |
| HEALTHCARE, MONTGOMERY COUNTY | ) | |
| SHERIFF'S DEPARTMENT, MELINDA | ) | |
| STEPHENS, Nurse, and DR. CARLO PIKE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 3, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 87), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendant Montgomery County, Tennessee (Docket No. 61) is **GRANTED**, and all claims against the County and the Sheriff's Department are **DISMISSED WITH PREJUDICE**.

On October 4, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 88), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Correct Care Solutions, LLC, Dr. Carlo Pike, and Nurse Melinda Stephens (Docket No. 58) is **GRANTED**, and all claims against these defendants are **DISMISSED WITH PREJUDICE**.

1

All defendants and claims having been dismissed from this case, the Clerk shall **CLOSE** this file.

It is so **ORDERED.**

Enter this 1st day of November 2011.

                                                                                         _____
                                                                                         ALETA A. TRAUGER
                                                                                         U.S. District Judge